UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-62070-CIV-DIMITROULEAS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**BLAZE PIZZA, LLC, a foreign limited liability company,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days to finalize their settlement agreement and to file the necessary dismissal document.

    DATED:  January 17, 2024.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**O'HAGAN MEYER**
Attorney for Defendant
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367
T. (213) 306-1610
(213) 306-1615 (Facsimile)
Email: mkessler@ohaganmeyer.com


By   */s/ Michael I. Kessler*
         MICHAEL I. KESSLER, ESQ.
         Fla. Bar No. 117784